IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

RICHARD ALAN DAVIS                                                                          PLAINTIFF
ADC #89568
v.                              No: 2:22-cv-00031 JM-PSH

TIANTHA A. WESTBROOK                                                                        DEFENDANT

### ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After carefully consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Westbrook's motion for judgment on the pleadings (Doc. No. 13) is granted. Davis' claims against Westbrook are dismissed with prejudice for failure to state a claim upon which relief may be granted, and dismissal of this action should be considered a "strike" within the meaning of 28 U.S.C. § 1915(g). All other pending motions are denied as moot.

DATED this 4th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE