IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RICHARD ALAN DAVIS**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #89568**
v.　　　　　　　　　No: 2:22-cv-00031 JM-PSH

**TIANTHA A. WESTBROOK**　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Westbrook's motion for judgment on the pleadings (Doc. No. 13) is granted. Davis' claims against Westbrook are dismissed with prejudice for failure to state a claim upon which relief may be granted, and dismissal of this action should be considered a "strike" within the meaning of 28 U.S.C. § 1915(g). All other pending motions are denied as moot.

DATED this 20th day of December, 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE