IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RICHARD ALAN DAVIS**                                                              **PLAINTIFF**
**ADC #89568**

**v.**                    No: 2:22-cv-00031 JM-PSH

**TIANTHA A. WESTBROOK**                                         **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 20th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE